UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>    Plaintiff,<br>v.<br><br>GYRUS, LP,<br><br>    Defendant,<br><br>PAMELA WILLIAMS,<br><br>    Real Party in Interest. | Case No.: 13-CV-01454-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT SETTLEMENT STATUS REPORT |

The Court continues the Case Management Conference scheduled for February 26, 2014, to May 7, 2014, at 2 p.m. The Court ORDERS the parties to file a joint settlement status report following the February 20, 2014 mediation by no later than February 24, 2014.

**IT IS SO ORDERED.**

Dated: February 19, 2014

                        _____
                        LUCY H. KOH
                        United States District Judge